United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 11, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-10545
Summary Calendar

ANDRE CORNELL BLANKS,

Plaintiff-Counter Defendant-Appellant,

v.

FORD MOTOR CREDIT; ET AL.,

Defendants,

FORD MOTOR CREDIT,

Defendant-Counter Claimant-Appellee.

--------------------
Appeals from the United States District Court
for the Northern District of Texas
USDC No. 3:04-CV-331
--------------------

Before DeMOSS, STEWART, and PRADO, Circuit Judges.

PER CURIAM:[*]

Andre Cornell Blanks (hereinafter Blanks), acting pro se, filed suit against his former employer, Ford Motor Credit (hereinafter Ford Motor) and others, seeking recovery for damages suffered by him in violation of various federal statutes. After appropriate discovery, Ford Motor filed a motion for summary judgment and Blanks filed a cross motion for summary judgment. The

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

district court granted Ford Motor's motion for summary judgment, denied Blanks's motion for summary judgment, and entered a final judgment in favor of Ford Motor that Blanks take nothing.  Blanks appeals to this court.

We have carefully reviewed the briefs and essential portions of the record itself.  For the reasons stated by the district court in its Memorandum Order entered April 20, 2005, we AFFIRM the Final Judgment entered May 24, 2005 that dismissed with prejudice all of Blanks's claims against Ford Motor.  In addition, we warn Blanks that any further attempts to prosecute this frivolous appeal or any other appeal of the facts and decisions herein may result in sanctions against him.